# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STACY GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-4004-KHV-ADM |
| | ) |
| FLORENCE CORPORATION OF KANSAS, | ) |
| d/b/a FLORENCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the court on the parties' Joint Motion for an Order Requiring the Kansas Human Rights Commission to Produce Files. (ECF 17.) On this motion, the court orders the Kansas Human Rights Commission ("KHRC") to release all records in its possession concerning *Graham v. Florence Corporation of Kansas d/b/a Florence Corporation* (KHRC Charge No. 42841-21), including any and all documents to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. The KHRC shall allow copies of the same to be made at the expense of the party requesting such reproduction.

The KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature, or which are the work product of KHRC legal staff. If documents are withheld, the KHRC shall provide the parties of a list of withheld documents. The KHRC may also file objections to producing other documents that the KHRC contends it has a legal basis not to produce. Any such objections shall be filed and served on the parties herein within twenty (20) days of the date the KHRC is served with this order.

Accordingly,

**IT IS THEREFORE ORDERED** that the Joint Motion for an Order Requiring the Kansas Human Rights Commission to Produce Documents (ECF 17) is granted.

**IT IS FURTHER ORDERED** that the parties shall serve a copy of this order on the KHRC within seven (7) days of the date of this order.

**IT IS SO ORDERED.**

Dated April 19, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge